UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE
Sixty-Five Thousand Nine
Hundred Ten Dollars
($65,910.00) in U.S. Currency

Misc. No.: 25-51250
**Honorable:** Laurie J. Michelson

### Consolidated Ex Parte Motion and Brief to Extend the Time to File a Complaint for Forfeiture

Now comes plaintiff, the United States of America, by and through its undersigned attorneys, and for its Ex Parte Motion to Extend Time to File a Complaint for Forfeiture, states upon information and belief as follows:

1. On June 2, 2025, members of the U.S. Customs and Border Protection ("CBP") and Homeland Security Investigations ("HSI") seized the following property: Sixty-Five Thousand Nine Hundred Ten Dollars ($65,910.00) in U.S. Currency (referred to herein as the "Subject Property").

2. CBP provided notice as required by 18 U.S.C. § 983(a)(1)(A) of the seizure and its intent to administratively forfeit the Subject Property to all known interested parties, including to the claimant.

3. The claimant filed a claim in the administrative forfeiture proceeding

with CBP regarding the Property.

4. The time has expired for any person to file a claim to the Subject Property under 18 U.S.C. §§ 983(a)(2)(A)-(E), and no other person has filed a claim to the Subject Property as required by law in the administrative forfeiture proceeding.

5. Upon the filing of the administrative claim, CBP referred the matter to the United States Attorney for judicial forfeiture proceedings.

6. Pursuant to 18 U.S.C. §§ 983(a)(3)(A), the earliest applicable deadline for the United States to file a complaint for forfeiture against the Subject Property is October 6, 2025.

7. The Court is authorized to grant ex parte extensions of the Civil Asset Forfeiture Reform Act (CAFRA) deadline, and the Court can extend the deadline for good cause.

8. "Under the CAFRA, a district court is authorized to grant ex parte extensions of the deadline for government to file civil forfeiture complaint." *United States v. Funds from Fifth Third Bank Acct.*, 2013 WL 5914101, at *8 (E.D. Mich. Nov. 4, 2013).

9. As provided in 18 U.S.C. § 983(a)(3)(A), the plaintiff wishes to extend the time in which the United States is required to file a complaint for forfeiture against the Subject Property for good cause shown. At midnight on

2

September 30, 2025, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life of the protection of property." 31 U.S.C. § 1342. Until Department of Justice attorneys are permitted to resume their usual civil litigation functions, the Government believes this constitutes "good cause" for the extension, as required by 18 U.S.C. § 983(a)(3)(A).

10. The United States requests that the deadline for the filing of the complaint for forfeiture be extended from October 6, 2025, to and including November 7, 2025, and that the Subject Property remain in the custody of the United States until further order of the Court.

Wherefore, the United States prays for the entry of the accompanying order extending the time to file a complaint for forfeiture until and including November 7, 2025.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

/s/Jasmine A. Moore
Jasmine A. Moore (P82181)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9759
jasmine.moore@usdoj.gov

Dated: October 6, 2025